1  SPENCER P. HUGRET (SBN: 240424)
   shugret@grsm.com
2  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 875-3193
4  Facsimile:  (415) 986-8054

5  Attorneys for Defendant,
   FORD MOTOR COMPANY

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

11 TARA COTE, ET AL.                    CASE NO. 2:22-cv-04993-AB-PVC
                                        (and which is part of 2:18-ML-02814-
12                    Plaintiffs,       AB (FFMx))

13       vs.                            Assigned to Hon. Andre Birotte, Jr.
                                        Courtroom:7B
14 FORD MOTOR COMPANY
                                        **DEFENDANT FORD MOTOR
15                    Defendant.        COMPANY'S NOTICE OF
                                        APPEARANCE OF SPENCER P.
                                        HUGRET**

# NOTICE OF APPEARANCE

Now comes Attorney Spencer P. Hugret of the law firm Gordon Rees Scully Mansukhani, LLP, and hereby gives notice to this Court and to all parties that he enters his appearance as counsel for Defendant FORD MOTOR COMPANY. Please direct copies of all future pleadings, correspondence, and papers to all of undersigned counsel.

Dated: August 30, 2022   GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Spencer P. Hugret*
SPENCER P. HUGRET
Attorneys for Defendant
FORD MOTOR COMPANY

-1-

DEFENDANT FORD MOTOR COMPANY'S NOTICE OF APPEARANCE OF SPENCER P. HUGRET

# CERTIFICATE OF SERVICE

*IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION*
*Re: Tara Cote, et al. v. Ford Motor Company,* 2:22-cv-04993-AB-PVC
USDC Central District of California Case No. 2:18-ML-02814-AB

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Gordon Rees Scully Mansukhani, LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the below-mentioned date, I served the within document:

**DEFENDANT FORD MOTOR COMPANY'S NOTICE OF APPEARANCE OF SPENCER P. HUGRET**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 30, 2022 at San Francisco, California.

/s/ *Sara Palmos*
Sara Palmos

1244124/61285512v.1